The Honorable Karen A. Overstreet
Chapter 13
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Gurcharan Singh and Parminder Kaur,

                 Debtor(s).

_____

Gurcharan Singh and Parminder Kaur,

                 Plaintiffs,

v.

Wells Fargo Bank,

                 Defendant.

Case No. 09-10136-KAO

Adversary Case No. 09−01222−KAO

AGREED ORDER ON DEBTORS' COMPLAINT TO STRIP OFF JUNIOR LIEN OF WELLS FARGO BANK

    This matter having come Ex Parte before the undersigned Judge by way of the Debtors' Complaint to Strip Off the Junior Lien of Wells Fargo Bank under 11 U.S.C. §§ 506(a) and (d) and 1322(b)(2) and Federal Rule of Bankruptcy Procedure 3012, *Zimmer v. PSB Lending Corp. (In re Zimmer)*, 313 F.3d 1220 (9th Cir. 2002) and other applicable case law, based upon evidence which demonstrates that: a) the junior lien against the Debtors' residence which appears to be serviced by Wells Fargo Bank, N.A. ("Wells Fargo"), according to the Proof of Claim filed in this case, is wholly unsecured based on the value of the residence and the amount

AGREED ORDER ON DEBTORS' COMPLAINT TO STRIP OFF
JUNIOR LIEN OF WELLS FARGO BANK (09-10136-KAO ) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

owing on the first position lien; and b) that Wells Fargo junior lien should only be allowed as a general unsecured claim provided for under the Debtors' Chapter 13 plan.

After consideration of the Debtor's Complaint, and there being an agreement between the Plaintiffs and Defendant, and the stripping of the junior lien being in the best interests of the estate, and for cause shown, it is hereby,

ORDERED that the Court hereby grants Debtors' Complaint to Strip Off the Junior Lien of Wells Fargo Bank, N.A. under 11 U.S.C. §§ 506(a) and (d) and 1322(b)(2) and Federal Rule of Bankruptcy Procedure 3012, *Zimmer v. PSB Lending Corp. (In re Zimmer)*, 313 F.3d 1220 (9th Cir. 2002) and other applicable case law.

IT IS FURTHER ORDERED that the junior lien listed under Statutory Warranty Deed #20040917002187 filed for record in King County on September 17, 2004 regarding real property located at 10509 SE 273rd Pl., Kent, WA 98030, King County Excise Tax Number 2070737; legal description: Autumn Glen in King County, Washington is unsecured.

IT IS FURTHER ORDERED that this order shall become permanent and binding on all parties only upon completion of the debtors' Chapter 13 plan and entry of final discharge of the debtors pursuant to 11 U.S.C. §1328.

IT IS FURTHER ORDERED that in the event the debtors' bankruptcy case is dismissed or converted to a Chapter 7, this order voiding the lien of Wells Fargo Bank, N.A. shall no longer apply and Wells Fargo Bank, N.A. or its successors and assigns second deed of trust shall be in full force and effect as security for the debt owing to Wells Fargo Bank, N.A.

AGREED ORDER ON DEBTORS' COMPLAINT TO STRIP OFF JUNIOR LIEN OF WELLS FARGO BANK (ADVERSARY CASE NO.) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

IT IS FURTHER ORDERED that Wells Fargo Bank, N.A. shall receive disbursements in the Chapter 13 bankruptcy case as a general unsecured creditor.

~~DATED this 19th day of August, 2009.~~

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC


   */s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Plaintiffs

Stipulated to Form:

Wells Fargo Bank


   */s/ Bradley Jones*
Bradley Jones
Attorney for Defendant

AGREED ORDER ON DEBTORS' COMPLAINT TO STRIP OFF JUNIOR LIEN OF WELLS FARGO BANK (ADVERSARY CASE NO.) - 3

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148